

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-16-00062-CR

**THE STATE OF TEXAS,**

                                                **Appellant**

 v.

**JOSE ESTRADA,**

                                                **Appellee**

---

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 15-0686**

---

# ABATEMENT ORDER

---

A Motion to Withdraw as Attorney, presented by counsel for defendant Jose Estrada (appellee in this appeal), was filed with the Court on April 14, 2016. Counsel states in the motion that he was retained by Estrada. After Estrada's Motion to Dismiss for Lack of Speedy Trial was granted by the trial court, counsel was permitted to withdraw as attorney of record. The order permitting withdrawal is not contained in the

record on appeal.  Further, it is unclear from this appellate record whether appellee is now indigent.

An indigent defendant has the right to appointed counsel on appeal, and the appointment of counsel is under the sole authority of the trial court.  *See Enriquez v. State*, 999 S.W.2d 906, 907-08 (Tex. App.—Waco 1999, order); TEX. CODE CRIM. PROC. ANN. arts. 1.051(d)(1), 26.04(a) (West Supp. 2014); *cf. Meza v. State*, 206 S.W.3d 684, 688 (Tex. Crim. App. 2006).  During an appeal, the trial court retains jurisdiction to appoint counsel for an indigent defendant.  *See Enriquez*, 999 S.W.2d at 908; *see also Meza*, 206 S.W.3d at 688.

Accordingly, we abate this appeal to the trial court to hold a hearing within 14 days from the date of this Order to consider whether Estrada is indigent and whether counsel should be appointed.  Supplemental clerk's and reporter's records containing the trial court's written or oral findings and rulings are ordered to be filed within 28 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed April 21, 2016

